## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | No. CR03-1020-LRR | |
| vs. | | |
| THOMAS JOHN WUNDER, | ORDER | |
| Defendant. | | |

This matter appears before the court on the defendant's motion for early termination of supervised release (docket no. 46). The defendant filed such motion on August 9, 2013. The court acknowledges that the defendant has had success while on supervised release. Nonetheless, at this time, the court concludes that early termination of the defendant's term of supervised release is not warranted under 18 U.S.C. § 3583(e)(1). Accordingly, the defendant's motion for early termination of supervised release (docket no. 46) is denied. The court notes that, if it is in fact true that the defendant's probation officer deems the defendant a good candidate for early termination, such probation officer can take appropriate steps to facilitate the early termination of defendant's term of supervised release.

**IT IS SO ORDERED**.

**DATED** this 9th day of August, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA